IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIE JEROME WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-056 |
| | ) | |
| WARDEN BRIAN ADAMS; ANDREW | ) | |
| McFARLANE; and ALL DESIGNATED | ) | |
| PRISON OFFICIALS & STAFF MEMBERS, | ) | |
| | ) | |
| Defendants. | ) | |

_____

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
_____

Plaintiff, incarcerated at Smith State Prison in Glennville, Georgia, brought the above-captioned civil case and is proceeding *pro se* and *in forma pauperis*. Before the Court is Plaintiff's motion for entry of default against Defendant Warden Adams. (Doc. no. 13.) Plaintiff claims the U.S. Marshals Serviced served Warden Adams with the summons and complaint on June 29, 2020. (Id.) Plaintiff's complaint must be screened before any claims may proceed. Phillips v. Mashburn, 746 F.2d 782, 785 (11th Cir. 1984); Al-Amin v. Donald, 165 F. App'x 733, 736 (11th Cir. 2006) (*per curiam*). Because such a screening has not yet occurred, the Court has not ordered the U.S. Marshals Service to serve Defendant, and the U.S. Marshals Service has not served Defendant. For these reasons, the Court **REPORTS**

and **RECOMMENDS** Plaintiff's motion for entry of default be **DENIED**.  (Doc. no. 13.)

SO REPORTED AND RECOMMENDED this 4th day of January, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA