IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIE JEROME WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 620-056 |
| | ) | |
| WARDEN BRIAN ADAMS; ALL | ) | |
| DESIGNATED PRISON OFFICIALS & | ) | |
| STAFF MEMBERS; STATE OF GEORGIA; | ) | |
| MR. BROWN, Warden of Care and Treatment; | ) | |
| MR. EPPERSON, Warden of Security; and | ) | |
| MR. McFARLANE, Warden of Security, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 26.) Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Defendants All Designated Prison Officials & Staff Members, State of Georgia, Warden Epperson, and Warden McFarlane, along with all official capacity claims for money damages against all Defendants. The case shall proceed against Warden Brian Adams and Mr. Brown,

Warden of Care and Treatment as described in the Magistrate Judge's April 1, 2021 Order. (See doc. no. 24.)

SO ORDERED this 23rd day of April, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA