AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE JEROME WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV 620-056

WARDEN BRIAN ADAMS and VASHTI BROWN,
Warden of Care and Treatment,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated August 18, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion to Dismiss is granted. Plaintiff's Complaint is dismissed, and this case stands closed.

| August 18, 2021 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020